IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTTIE B. JENKINS,
    Plaintiff,

vs.                                                                    Case No.: 3:18cv1441/LAC/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

# REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this civil action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On July 16, 2018, the court granted Plaintiff's motion to proceed in forma pauperis and directed Plaintiff to pay an initial partial filing fee in the amount of $15.61 within thirty days (*see* ECF No. 6). The court subsequently extended the deadline to October 17, 2018 (*see* ECF Nos. 9, 10, 11, 12).

    On January 3, 2019, Plaintiff notified the court that he was financially unable to pay the initial partial filing fee ("IPFF"), and he essentially requested that the court waive collection of the IPFF (*see* ECF No. 15). On January 9, 2019, the court issued an order directing Plaintiff to file an updated statement from his inmate account within 30 days (*see* ECF No. 16). The court advised Plaintiff that if his account statement indicated he had no funds in his account, the court would permit this case to proceed

prior to collection of the IPFF; but if his account statement indicated he had sufficient funds to pay it, he would be required to do so prior to the court's proceeding with the case (*id.*).

On January 22, 2019, the copy of the court's order of January 9, which was sent to Plaintiff at the Santa Rosa County Jail (Plaintiff's record address), was returned to the court as undeliverable (*see* ECF No. 17). According to information available on the Jail's public website, Plaintiff was released on January 12, 2019, and his stated address was 3027 North Q Street, Pensacola, Florida 32505 (*see* ECF Nos. 17, 18). On March 12, 2019, the court issued an order requiring Plaintiff to show cause, within thirty days, why this action should not be dismissed for his failure to comply with an order of the court (ECF No. 18). The court sent a copy of the order to Plaintiff at the Jail and his stated release address (*see id.*). Over thirty days have passed, and Plaintiff has not paid the IPFF or filed anything with the court. Plaintiff has not even verified his address.

For the aforementioned reasons, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 17th day of April 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:18cv1441/LAC/EMT