IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTTIE B. JENKINS,
    Plaintiff,

vs.                                           Case No.: 3:18cv1441/LAC/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 18, 2019 (ECF No. 19). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 19th day of May, 2019.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**